OPINION — AG — **** FORMER EMPLOYEE OF HOUSING AUTHORITY — PRESENT EMPLOYER MAY DO BUSINESS WITH THE AUTHORITY **** THE EMPLOYMENT UNDER AN EMPLOYER — EMPLOYEE AGREEMENT OF A FORMER EMPLOYEE OF A HOUSING AUTHORITY CREATED UNDER 63 O.S. 1961 1051 [63-1051] ET SEQ., BY AN ENTITY WHICH SUBSEQUENTLY SUBMITS A PROPOSAL TO SUCH AUTHORITY DOES NOT PRECLUDE THE ACCEPTANCE OF SUCH PROPOSAL BY THE AUTHORITY. (GARY M BUSH) *** OVERRULED BY: OPINION NO. 81-102 (1981) ** SEE: OPINION NO. 71-171 (1971) **